IN THE UNITED STATES DISTRICT COURT
FOR THE **Northern** DISTRICT OF **Georgia**
~~Atlanta~~ **Atlanta** DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

**Valencia Garner**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

-against- **Attorney General, Jeff Session**
**Macy's Department Store**
**Central Intelligence Agency**
**Dec. County Police Department / Cedric Alexander**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* **Federal Bureau of Investigations / Eric Sporre**
**U.S. Transportation, Civil Rights**
**Federal Police**

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Valencia Garner
   Street Address: 2277 Troutdale Drive
   City and County: Decatur, Dekalb
   State and Zip Code: Georgia, 30032
   Telephone Number: 404-J484-0690
   E-mail Address: dogpeter-thaddausd yahoo.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Macy's Department Store
   Job or Title (if known): Manager
   Street Address: 4400 Ashford Dunwoody
   City and County: Decatur, Dekalb
   State and Zip Code: GA
   Telephone Number: 770-396-2800
   E-mail Address (if known): macys.com

   ☑ Individual capacity      ☑ Official capacity

   Defendant No. 2
   Name: Dekalb County Police Department
   Job or Title: Police Chief - Cedric Alexander

2

(if known)
Street Address: 1960 West Exchange
City and County: Decatur, Dekalb
State and Zip Code: Ga. 30034
Telephone Number: 404-243-2600
E-mail Address: macys.com
(if known)

☑ Individual capacity    ☑ Official capacity

Defendant No. 3
Name: Central Intelligence Agency
Job or Title: Unknown
(if known)
Street Address: Office Of Public Affairs
City and County: Washington, Unknown
State and Zip Code: D.C. 20505
Telephone Number: 1-703-482-0653
E-mail Address: cia.gov
(if known)

☑ Individual capacity    ☑ Official capacity

Defendant No. 4
Name: Federal Police Department
Job or Title: Agent
(if known)
Street Address: 2635 Century Blvd #400
City and County: Atlanta, Fulton
State and Zip Code: Georgia 30345
Telephone Number: 1-877-437-7411
E-mail Address: fbi.gov
(if known)

☑ Individual capacity    ☑ Official capacity

No. 5 - U.S. Department Of Transportation
Civil Rights
1200 New Jersey Ave, SE
Washington D.C 20590

3

us.department of transportation.com

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)
☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Humanize, 12 CFR Chpt I pt 12 Recordkeeping, U.S. Constitution 4 Amendment, U.S.C.A Negligence 28:1332, U.S.C.A 15:1-7 Antitrust, U.S.C.A 42:10603C - Terrorism

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

12 CFR Chpt I pt 12 Record Keeping and Confirmation Requirements for Securities Transaction. 15:1-7 Antitrust U.S.C.A 42:10603C. Terrorism

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Central Intelligence Agency act under Bivens Federal law by neglect of danger on property of Owners by occupiers who aid and abetted premediated Murder Malicous 4 First degree. When attempt to speak with persons, Federal Police and Marta Police when called

all Fail to prosecute of civil case right to press charges, Right to Attorney U.S. Constitution 5 Amendment. Unsafe Conditions were at Both location. Calculated

### III. Statement of Claim
Gang Activities and Organized Crime

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Macy's Department Store
4300 Ashford Dunwood Rd, Decatur, Ga
U.S. Department of Transportation
Federal transit, Marta 1111 Hammond Drive 30346

B. What date and approximate time did the events giving rise to your claim(s) occur?

05/31/2017 - 8:57 pm
05/31/2017 - 9:30 pm
Card No: 0164-0553-4607-0833-2803
Receipt - Macys of transaction Record Keeping

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

I made a purchase at 4300 Ashford Dunwoody Rd, Decatur, Ga 30346 Receipt carried Fraud information of City and Sale Tax. Receipt Charged for a 30 inch Suitcase that wheels were defected intentional to cause Injuries to my body and Pregnancy. By a person posing as a female. I went to Station (Marta) and Notice Urine in elevator. I took Picture of Urine that was transmitted by Gay discrimination of degree aids. On wheels. It was ordered by the time I got to trainstation. Only way up to train was elevator because of handicap accessibility.

5

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I required- Emotional distress Injuries, Pain and Suffering Foot Injuries, Overcharge at Greyhound Leg Injuries Bus Station attempt. Arm Injuries, Hand Injuries. Fracture, disjoint and disfigure Strain, Attempt to calculate unforeseeable death and add pregnancy Property Damage added to Suitcase defects

V. **Relief** Two Suitcase value at $309.22

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Money damages $999,000,000,000,000.00 each Claim Each defendant Suitcase (2) $309.22 each plus additional for Labor. Suitcase defects planned to cause other injuries.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/01, 2017.

Signature of Plaintiff  *Valencia Garner*

Printed Name of Plaintiff  Valencia Garner

**B.** **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney  _____

Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
E-mail Address  _____